# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | No. 24-03019-01/17-CR-S-BCW |
| **DONTRELL ANTHONY POWELL et al.,** | |
| Defendants. | |

## NOTICE AND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The forfeiture allegation pending in this case seeks forfeiture of property which constitutes and is derived from the proceeds obtained directly and indirectly from the violations set forth in Count One of the Second Superseding Indictment, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Count One pursuant to 21 U.S.C. § 853.

The United States hereby gives notice that the United States is seeking forfeiture of approximately $140,000 in United States currency seized on January 18, 2024, from Dontrell

Anthony Powell, which is property constituting or derived from proceeds directly traceable to violations alleged in Count One of the Second Superseding Indictment.

                                              Respectfully submitted,

                                              **TERESA A. MOORE**
                                              United States Attorney

By:   */s/ Jessica R. Eatmon*
        **JESSICA R. EATMON**
        Assistant United States Attorney
        901 St. Louis Street, Suite 500
        Springfield, Missouri 65806
        Telephone: (417) 831-4406

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, for electronic delivery to all counsel of record.

                                              */s/ Jessica R. Eatmon*
                                              **JESSICA R. EATMON**
                                              Assistant United States Attorney